## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDDIE HAROLD BILLINGS, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cv-061-TWP-TAB |
| | ) | |
| SOUTHSIDE HIGH SCHOOL COMMISSIONER, *et al.,* | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Directing Further Proceedings**

**I.**

The **clerk shall include** a copy of the complaint with the plaintiff=s copy of this Entry.

**II.**

The plaintiff's motion to proceed *in forma pauperis* [Dkt. 2] is **granted.**

**III.**

**A.**

A district court possesses only the jurisdiction conferred to it by Congress. *See South Carolina v. Katzenbach*, 383 U.S. 301 (1966).

> Congress has conferred subject matter jurisdiction on the district courts only in cases that raise a federal question and cases in which there is diversity of citizenship among the parties. See 28 U.S.C. '' 1331-32.

*Smart v. Local 702 Intern. Broth. of Elec. Workers,* 562 F.3d 798, 802 (7th Cir. 2009).

Additionally, "[a] complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

**B.**

The plaintiff's allegations concern his removal from high school sometime in the 1990s. The plaintiff shall have **through February 15, 2013,** in which to (1) **supplement his complaint** by setting forth the basis of this court's jurisdiction over his claim(s), and (2) **show cause** how any claim asserted in this action is not barred by the applicable statute of limitations.

**IT IS SO ORDERED.**

Date: 01/15/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Eddie Harold Billings, Jr.
503 E. Market Street
Indianapolis, IN 46201

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.